No. 511, Misc. SOLIS *v.* CLEMMER, DIRECTOR. United States Court of Appeals for the District of Columbia.

Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman*, Assistant Attorney General *Quinn*, *Robert S. Erdahl* and *Joseph M. Howard* for respondent.